IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFFORD COOKE**          ) | |
|       Petitioner,           ) | |
|                             ) | |
| v.                          ) | CIVIL ACTION NO. 12-00459-KD-N |
|                             ) | |
| **UNITED STATES OF AMERICA,** *et al.,* ) | |
|       Respondents,          ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated January 3, 2013, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to comply with the orders of this Court and for failure to pay the filing fee.

**DONE** and **ORDERED** this the **28**$^{th}$ day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**